# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDINER FAMILY, LLC, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CRIMSON RESOURCE MANAGEMENT CORP.,<br><br>    Defendants. | Case No.: 1:15-CV-00751 DAD  JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: PLAINTIFF'S EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER<br><br>(Doc. 35) |

On November 19, 2015, the Court issued its scheduling order setting forth the pleading amendment deadline as April 1, 2016. (Doc. 25 at 3) This deadline required, "Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **April 1, 2016**." (Doc. 25 at 3) Notably, this was the date proposed by Plaintiff and was selected over the objection of Defendant. (Doc. 23 at 4) While it appears counsel had discussed a deadline for "amendment of pleadings as of right" when drafting their joint scheduling conference statement, why they limited their discussions to amendments that could be made as of right given that by that time, any right to amend had passed.

In any event, Plaintiff contends there are at least two other possible defendants as to whom it has a good faith basis to believe are responsible for the damages claimed. However, Plaintiff is not yet prepared to file the motion to amend because it lacks a sufficient level of certainty in the

1

data gathered thus far and its experts have not yet spoken definitively as to the liability of these possible defendants. It is clear that it serves all of the parties' interests that all defendants be included in this litigation at the earliest possible point. Thus, the Court **ORDERS**:

1. The request to extend the pleading amendment deadline (Doc. 35) is **GRANTED in PART** as follows;

    a. Any amendments to the pleadings, either via a stipulation or a motion to amend, **SHALL** be filed no later than **June 1, 2016**[1].

IT IS SO ORDERED.

Dated:   **April 4, 2016**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court reminds Plaintiff that Rule 15 requires a showing that Plaintiff did not unduly delay seeking to add new defendants. Thus, **the Court strongly admonishes** Plaintiff to move to add the defendants, as to whom counsel has satisfied Rule 11, at the very earliest possible date.

2