1  David S. Casey, Jr., SBN 060768
   dcasey@cglaw.com
2  Gayle M. Blatt, SBN 122048
   gmb@cglaw.com
3  **CASEY GERRY SCHENK**
4  **FRANCAVILLA BLATT & PENFIELD, LLP**
   110 Laurel Street
5  San Diego, CA  92101
   Telephone: (619) 238-1811
6  Facsimile: (619) 544-9232

7
   R. Rex Parris, Esq. (SBN 96567)
8  rrparris@rrexparris.com
   Patricia K. Oliver, Esq.  (SBN 193423)
9  poliver@rrexparris.com
   Alexander R. Wheeler, Esq.  (SBN 239541)
10 awheeler@rrexparris.com
11 **R. REX PARRIS LAW FIRM**
   43364 10th Street West
12 Lancaster, CA 93534
   Telephone: (661) 949-2595
13 Facsimile: (661) 949-7524

14
15 *[Additional Counsel Shown on the Following Page]*

16 *Attorneys for Plaintiffs*

17 **UNITED STATE DISTRICT COURT**

18 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

19
| | |
|---|---|
| GARDINER FAMILY, LLC, a California Limited Liability Company, and ROSEDALE FARMING GROUP, LLC a California Limited Liability Company;<br><br>Plaintiffs,<br><br>v.<br><br>CRIMSON RESOURCE MANAGEMENT CORP., a Colorado Corporation; and DOES 1 through 50;<br><br>Defendants. | CASE NO.:  1:15-cv-00751-DAD-JLT<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING AMENDED COMPLAINT TO CORRECT MISNOMER<br><br>(Doc. 49) |

**STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING AMENDED COMPLAINT TO CORRECT MISNOMER**

## ADDITIONAL COUNSEL

Frank M. Pitre, Esq. (SBN 100077)
fpitre@cpmlegal.com
Julie L. Fieber, Esq. (SBN 202857)
jfieber@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Don A. Ernst, Esq.  (SBN 65726)
de@ernstlawgroup.com
Terry J. Kilpatrick, Esq.  (SBN 163197)
tk@ernstlawgroup.com
**ERNST LAW GROUP**
1020 Palm Street
San Luis Obispo, CA 93401
Telephone: (805) 541-0300
Facsimile: (805) 541- 5168

George Martin, Esq. (SBN 51111)
gmartin@bortonpetrini.com
**LAW OFFICES OF GEORGE MARTIN, INC.**
5060 California Ave., Ste 700
Bakersfield, California  93303-2026
Telephone:  (661) 322-3051
Facsimile:   (661) 322-4628

*Attorneys for Plaintiffs*

---

**STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED COMPLAINT
TO CORRECT MISNOMER**

1     Plaintiffs Gardiner Family, LLC, Rosedale Farming Group, L.P. (erroneously named as Rosedale Farming Group, LLC) and Defendant Crimson Resource Management Corp. submit the following Joint Stipulation and request that the Court grant Plaintiffs leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

    WHEREAS, Plaintiffs filed the Complaint in this action on May 15, 2015;

    WHEREAS, Plaintiff Rosedale Farming Group, L.P. was inadvertently named in the Complaint as "Rosedale Farming Group, LLC";

    WHEREAS, Plaintiffs seek to amend the Complaint solely to remedy this misnomer;

    WHEREAS, Plaintiffs' filing of an amended complaint in the form of the First Amended Complaint attached hereto as Exhibit A will not cause undue prejudice to Defendant Crimson Resource Management Corp.;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiffs may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the First Amended Complaint attached hereto as Exhibit A.

    Respectfully submitted.

Dated: November 18, 2016     **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

    By: /s/Gayle M. Blatt
        GAYLE M. BLATT
        Attorneys for Plaintiffs

Dated: November 17, 2016     **SOMACH, SIMMONS & DUNN**

    By: /s/Richard S. Deitchman
        Richard S. Deitchman
        Attorneys for Defendant

**[~~PROPOSED~~] ORDER**

Based on the written stipulation of the parties and good cause appearing in support thereof, **within five court days** Plaintiffs may file an amended complaint in the form of the First Amended Complaint attached to their stipulation (Doc. 49) Exhibit A.

IT IS SO ORDERED.

Dated:   **November 21, 2016**           /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE