1  R. Rex Parris Esq. (SBN 96567)
    *rrparris@parrislawyers.com*
2  Patricia K. Oliver, Esq. (SBN 193423)
    *poliver@parrislawyers.com*
3  **PARRIS**
4  43364 10th Street West
   Lancaster, California 93534
5  Tel: (661) 949-2595; Fax: (661) 949-7524

6  David S. Casey, Jr., Esq. (SBN 060768)
    *dcasey@cglaw.com*
7  Gayle M. Blatt, Esq. (SBN 122048)
    *gmb@cglaw.com*
8  **CASEY GERRY SCHENK FRANCAVILLA**
9  **BLATT & PENFIELD, LLP**
   110 Laurel Street
10 San Diego, California 92101
   Tel: (619) 238-1811; Fax: (619) 544-9232
11

12 Attorneys For Plaintiffs
   *[Additional Counsel Shown on the Following Page]*
13

14                **UNITED STATES DISTRICT COURT**
15            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
16

17 GARDINER FAMILY, LLC, et al.;        **CASE NO. 1:15-cv-00751-DAD-JLT**
18                Plaintiffs,           ~~PROPOSED~~ ORDER GRANTING PLAINTIFFS'
   v.                                   EX PARTE APPLICATION TO AMEND THE
19                                      SCHEDULING ORDER.
20 CRIMSON RESOURCE MANAGEMENT
   CORP., et al.
21
                 Defendants.
22

23

24

25

26

27

28

**ORDER AMENDING THE SCHEDULING ORDER**

Frank M. Pitre, Esq. (SBN 100077)
  *fpitre@cpmlegal.com*
 Julie L. Fieber, Esq. (SBN 202857)
 *jfieber@cpmlegal.com*
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

George Martin, Esq. (SBN 51111)
  *gmartin@bortonpetrini.com*
**LAW OFFICES OF GEORGE MARTIN, INC.**
5060 California Ave., Ste 700
Bakersfield, California  93303-2026
Telephone:  (661) 322-3051
Facsimile:   (661) 322-4628

Don Ernst, Esq. (SBN 065726)
  *de@ernstlawgroup.com*
Terry Kilpatrick, Esq. (SBN 163197)
  *tk@ernstlawgroup.com*
**ERNST LAW GROUP**
1020 Palm Street
San Luis Obispo, California 93401
Telephone: (805) 541-0300
Facsimile:  (805) 541-5168

Attorneys For Plaintiffs

The Court, having reviewed Plaintiffs' Ex Parte Application to Amend The Scheduling Order and the Exhibit and Declarations submitted in support thereof, and good cause appearing in support for the amendment,

**IT IS HEREBY ORDERED** the deadlines for the following events set forth in the Scheduling Order are modified as follows:

| EVENT | CURRENT DATE | PROPOSED DATE | NEW DATE |
|---|---|---|---|
| Written Disclosure of Experts | March 22, 2017 | April 21, 2017 | |
| Written Disclosure of Rebuttal Experts | April 24, 2017 | May 24, 2017 | |
| Expert Discovery | May 22, 2017 | July 21, 2017 | |
| Deadline to File Non-Dispositive Motions | June 2, 2017 | August 1, 2017 | |
| Hearing Deadline for Non-Dispositive Motions | June 30, 2017 | August 30, 2017 | |
| Deadline to File Dispositive Motions | July 21, 2017 | September 15, 2017 | |
| Hearing Deadline for Dispositive Motions | September 12, 2017 | November 13, 2017 | |
| Deadline to File Joint Pretrial Statement and Joint Statement of the Case. | October 31, 2017 | January 9, 2018 | |
| Pretrial Conference | November 7, 2017 | On or after January 16, 2018 | |
| Trial Date | January 9, 2018 | On or after March 20, 2018 | |

ORDER AMENDING THE SCHEDULING ORDER

1

**ORDER**

2        Good cause appearing, the Court **ORDERS**:

3        1.      The parties **SHALL** disclose all experts no later than April 21, 2017 and any rebuttal

4 experts by **May 19, 2017**;

5        2.      All expert discovery **SHALL** be completed no later than **July 14, 2017**;

6        3.      Any nondispositive motions **SHALL** be filed no later than **July 28, 2017**;

7        4.      Any dispositive motions **SHALL** be filed no later than **August 18, 2017**;

8        5.      The pretrial conference is **CONTINUED** to **December 12, 2017** at 3:30 p.m.;

9        6.      The trial is **CONTINUED** to **February 6, 2018** at 8:30 a.m.

10

11 IT IS SO ORDERED.

12    Dated:   **March 10, 2017**          **/s/ Jennifer L. Thurston**

13                                UNITED STATES MAGISTRATE JUDGE

ORDER AMENDING THE SCHEDULING ORDER