R. Rex Parris Esq. (SBN 96567)
 *rrparris@parrislawyers.com*
Patricia K. Oliver, Esq. (SBN 193423)
 *poliver@parrislawyers.com*
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595; Fax: (661) 949-7524

David S. Casey, Jr., Esq. (SBN 060768)
 *dcasey@cglaw.com*
Gayle M. Blatt, Esq. (SBN 122048)
 *gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, California 92101
Tel: (619) 238-1811; Fax: (619) 544-9232

Attorneys For Plaintiffs
*[Additional Counsel Shown on the Following Page]*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDINER FAMILY, LLC, et al.;<br><br>  Plaintiffs,<br>v.<br><br>CRIMSON RESOURCE MANAGEMENT CORP., et al.<br><br>  Defendants. | **CASE NO. 1:15-cv-00751-DAD-JLT**<br><br><s>PROPOSED</s> ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER.<br><br>(Doc. 56) |

Frank M. Pitre, Esq. (SBN 100077)
*fpitre@cpmlegal.com*
Julie L. Fieber, Esq. (SBN 202857)
*jfieber@cpmlegal.com*
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

George Martin, Esq. (SBN 51111)
*gmartin@bortonpetrini.com*
**LAW OFFICES OF GEORGE MARTIN, INC.**
5060 California Ave., Ste 700
Bakersfield, California 93303-2026
Telephone: (661) 322-3051
Facsimile: (661) 322-4628

Don Ernst, Esq. (SBN 065726)
*de@ernstlawgroup.com*
Terry Kilpatrick, Esq. (SBN 163197)
*tk@ernstlawgroup.com*
**ERNST LAW GROUP**
1020 Palm Street
San Luis Obispo, California 93401
Telephone: (805) 541-0300
Facsimile: (805) 541-5168

Attorneys For Plaintiffs

The Court, having reviewed Plaintiffs' Ex Parte Application to Amend The Scheduling Order and the Exhibit and Declarations submitted in support thereof, and good cause appearing in support for the amendment,

**IT IS HEREBY ORDERED** the deadlines for the following events set forth in the Scheduling Order are modified as follows:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Expert Discovery Completion | July 14, 2017 | Sept. 8, 2017 |
| Deadline to File Non-Dispositive Motions[1] | July 28, 2017 | Sept. 22, 2017 |
| Hearing deadline: non-dispositive motions | | October 20, 2017 |
| Deadline to File Dispositive Motions | Aug. 18, 2017 | October 30, 2017 |
| Hearing deadline: dispositive motions | | Dec. 19, 2017 |
| Pretrial Conference | Dec. 12, 2017 | Feb. 12, 2018, 3:30 p.m. |
| Trial Date | Feb. 6, 2018 | April 10, 2018, 8:30 a.m. |

**The parties are advised that absolutely no further amendments to the case schedule are contemplated by the Court and are admonished to complete their case activities expeditiously.**

IT IS SO ORDERED.

   Dated: **June 23, 2017**             **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will set dates for the *Daubert* motions and motions in limine at the pretrial conference. The non-dispositive deadline set here refers to any other discovery/pretrial motion.