R. Rex Parris Esq. (SBN 96567)
 *rrparris@parrislawyers.com*
Patricia K. Oliver, Esq. (SBN 193423)
 *poliver@parrislawyers.com*
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595; Fax: (661) 949-7524

David S. Casey, Jr., Esq. (SBN 060768)
 *dcasey@cglaw.com*
Gayle M. Blatt, Esq. (SBN 122048)
 *gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, California 92101
Tel: (619) 238-1811; Fax: (619) 544-9232

Attorneys For Plaintiffs
*[Additional Counsel Shown on the Following Page]*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARDINER FAMILY, LLC, et al.; <br><br> Plaintiffs, <br> v. <br><br> CRIMSON RESOURCE MANAGEMENT CORP., et al. <br><br> Defendants. | **CASE NO. 1:15-cv-00751-DAD-JLT** <br><br> NOTICE OF SETTLEMENT OF ENTIRE CASE <br><br><br><br> Complaint Filed: May 15, 2015 <br> Trial Date: April 10, 2018 |

Frank M. Pitre, Esq. (SBN 100077)
*fpitre@cpmlegal.com*
Julie L. Fieber, Esq. (SBN 202857)
*jfieber@cpmlegal.com*
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

George Martin, Esq. (SBN 51111)
*gmartin@bortonpetrini.com*
**LAW OFFICES OF GEORGE MARTIN, INC.**
5060 California Ave., Ste 700
Bakersfield, California  93303-2026
Telephone:  (661) 322-3051
Facsimile:   (661) 322-4628

Don Ernst, Esq. (SBN 065726)
*de@ernstlawgroup.com*
Terry Kilpatrick, Esq. (SBN 163197)
*tk@ernstlawgroup.com*
**ERNST LAW GROUP**
1020 Palm Street
San Luis Obispo, California 93401
Telephone: (805) 541-0300
Facsimile:  (805) 541-5168

Attorneys For Plaintiffs

1    TO THE COURT AND ALL COUNSEL OF RECORD:

2    Please take notice that the parties have reached a settlement in this case. The Settlement
3 contains conditions that are to occur prior to dismissal of this matter. It is anticipated that such
4 conditions will occur within 60 days, after which a Request for Dismissal will be filed.
5    The next hearing in this case is the Pretrial Conference, which is scheduled for February 12,
6 2018. Trial is scheduled to begin April 10, 2018.

                                            ERNST LAW GROUP

Dated: September 21, 2017           By:    /s/ Terry Kilpatrick
                                            Terry Kilpatrick
                                            Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing will be e-filed on September 21, 2017 and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Dated:  September 21, 2017          By:     /s/ Terry Kilpatrick
                                            Terry Kilpatrick
                                            Attorneys for Plaintiffs