# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDINER FAMILY, LLC, et al. | Case No.: 1:15-CV-00751 DAD JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 58) |
| CRIMSON RESOURCE MANAGEMENT CORP., | |
| Defendants. | |

On September 21, 2017, the parties notified the Court that the matter had been resolved in its entirety. (Doc. 58) They request 60 days to finalize the settlement documents. Id. at 2. Therefore, the Court **ORDERS**:

1. The stipulated request for dismissal SHALL be filed **no later than December 1, 2017**;
2. All pending dates, including the pretrial conference and trial are VACATED and any pending motions are terminated.

///
///
///
///
///

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated: **September 26, 2017**           **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE